PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jason Grandison       
Appellant.
 
 
 

Appeal From Marlboro County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-116
Submitted November 19, 2003  Filed 
 February 24, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Eleanor Duffy Cleary, 
 Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Jay E. Hodge, Jr., of Darlington, for Respondent.
 
 
 

PER CURIAM:  Jason Grandison was indicted 
 for and convicted of the armed robbery of Judys ABC Store in Marlboro County.  
 He was tried with co-defendant Quincy Lowery. Grandisons appellate counsel 
 submitted a petition to be relieved as counsel, stating she has reviewed the 
 record and has concluded Grandisons appeal is without merit.  Grandison did 
 not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Grandisons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.